DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

YAHZUR A. YO'SEPH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3746

_____

December 1, 2023

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Rachael E. Reese and Olivia M. Nathan of O'Brien Hatfield Reese, P.A.,
Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.


KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.